97 A.3d 734

WELLS FARGO BANK, NA

v.

John DOE, Robin Nixon and Raymond Pratt.

Petition of Raymond Pratt.

No. 75 EM 2014.

Supreme Court of Pennsylvania.

Aug. 8, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 8th day of August, 2014, the Petition for Review is **DENIED.**